IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL McCARTHY, *et al.*, | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| INTERNATIONAL ASSOCIATION, | : | |
| OF MACHINISTS AND | : | |
| AEROSPACE WORKERS, *et al.*, | : | No. 19-5727 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **8th** day of **March 2021**, upon consideration of Defendants' Motion for Summary Judgment, Plaintiffs' response thereto, Defendants' reply thereon, Plaintiffs' Motion for Summary Judgment, Defendants' response thereto, and for the reasons stated in this Court's Memorandum dated March 8, 2021, it is **ORDERED** that:

1. Defendants' motion (Document No. 57) is **GRANTED**.

2. Plaintiffs' motion (Document No. 59) is **DENIED**.

3. Plaintiffs' claims are **DISMISSED** in their entirety.

4. The Clerk of Court is directed to close this case.

BY THE COURT:

/s/ Berle M. Schiller
Berle M. Schiller, J.